

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 201ST DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:

On August 13, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Brandon Hodges, individually and in his official capacity as Trustee of District for Midland ISD; Dr. Mary Bone, individually and in her official capacity as a Trustee of Round Rock ISD; and Danielle Weston, individually and in her official capacity as a Trustee of Round Rock ISD v. Pecos-Barstow-Toyah Independent School District, et al.

Court of Appeals No. 15-24-00109-CV
Trial Court No. D-1-GN-24-005018

The Court of Appeals entered the following judgment or order:

This Court has considered the record on appeal in this case and finds that it lacks jurisdiction. We therefore order the appeal **DISMISSED**.

We order appellant, Brandon Hodges, individually and in his official capacity as Trustee of District for Midland ISD; Dr. Mary Bone, individually and in her official capacity as a Trustee of Round Rock ISD; and Danielle Weston, individually and in her official

capacity as a Trustee of Round Rock ISD, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this November 4, 2025.

**CHRISTOPHER A. PRINE, CLERK**